IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,                      )
                                       )   2:09-cv-000743-GEB-KJM
           Plaintiff,                  )
                                       )   ORDER RE: SETTLEMENT
     v.                                )   AND DISPOSITION
                                       )
DAVID SCOTT DENTAL CORPORATION,        )
d/b/a Healthy Impressions Dental       )
Group;  SONNY AFSHAR, d/b/a Star       )
Dental;  YOUNES T. TABRIZI, d/b/a      )
Star Dental;  FARA TABRIZI, d/b/a      )
Star Dental,                           )
           Defendants.                 )
                                       )
```

        The Notice of Settlement filed by Plaintiff on May 29, 2009, states "the parties have settled this action.  Dispositional documents will be filed within (30) calendar days."  Therefore, a dispositional document shall be filed no later than June 29, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for June 15, 2009, is continued to commence at 9:00 a.m. on July 27, 2009, in the event

that no dispositional document is filed, or if this action is not otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  June 6, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2